NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE SAFFORD, JR.,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-972
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Willie Safford, Jr., pro se.


PER CURIAM.


          Affirmed.



BLACK, SALARIO, and BADALAMENTI, JJ., Concur.